**No. 63873.**—Schenley Import Corp. *v.* United States, protest 252096-K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of a vase similar in all material respects to that the subject of *F. Lunning, Inc., et al.* v. *United States* (39 Cust. Ct. 271, C.D. 1941), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, MARCH 2, 1960

**No. 63874.**—R. J. Saunders & Co., Inc. *v.* United States, protests 58/13046, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise was erroneously classified as medicinal preparations and should have been classified as drugs, advanced, the claim of the plaintiff was sustained.

**No. 63875.**—Sandoz Chemical Works, Inc. *v.* United States, protests 58/4839, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of one coal-tar medicinal and two or more non-coal-tar products in medicinal dosage and are properly dutiable as other coal-tar medicinals, the claim of the plaintiff was sustained.